UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 06-77

DENISE KAY MILES,                                                                    PLAINTIFF,


v.                                               **ORDER**


SOCIAL SECURITY ADMINISTRATION,                                  DEFENDANT.

**** **** **** ****

The plaintiff brought this action under 42 U.S.C. § 405(g) to challenge a final

decision of the defendant to deny Plaintiff's application for Supplemental Security Income.

Consistent with local practice, this matter was referred to the United States Magistrate Judge

for consideration pursuant to 28 U.S.C. § 636(b).

On August 10, 2007, the Magistrate Judge filed hisr report and recommendation,

concluding that the decision of the administrative law judge ("ALJ") to deny the plaintiff

benefits is supported by substantial evidence.

Neither party filed objections to the Magistrate Judge's report and recommendation.

Although this Court must make a *de novo* determination of those portions of the Magistrate

Judge's report and recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(c),

"[i]t does not appear that Congress intended to require district court review of a magistrate's

factual or legal conclusions, under a *de novo* or any other standard, when neither party

objects to those  findings." Thomas v. Arn, 474 U.S. 140, 150 (1985). Moreover, a party

who  fails  to  file  objections  with  the  Court  to  a  Magistrate  Judge's  report  and

recommendation waives the right to appeal. See, Wright v. Holbrook, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1)   the Magistrate Judge's report and recommendation [DE #12] is ADOPTED as and for the opinion of the Court;

(2)   the defendant's motion for summary judgment [DE #10] is GRANTED;

(3)   the plaintiff's motion for summary judgment [DE #9] is DENIED; and

(4)   judgment in favor of the defendant will be entered contemporaneously herewith.

Dated this 10th day of September, 2007.

**Signed By:**

***Karen K. Caldwell***

**United States District Judge**